**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.: 3:12CV231 |
| Plaintiff, | : | JUDGE THOMAS M. ROSE |
| v. | : | |
| (1) ACCOUNT CONTENTS OF PNC BANK, ACCT#******0482, IN THE NAME OF GEOLAM INC. DBA: MAIN EXPRESS FOOD MART, IN THE AMOUNT OF $10,223.38 , et al. | : : : | |
| Defendants. | : | |

**AGREED ORDER AND DECREE OF FORFEITURE
OF DEFENDANTS 1-7 and 9**

In accordance with the Global Settlement Agreement entered into between Plaintiff, United States of America, and Potential Claimants GEORGE DAOUD and LAMA DAOUD, which Agreement calls for the forfeiture of the Defendant assets in this case,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The following Defendants:

> (1)  ACCOUNT CONTENTS OF PNC BANK, ACCT#******0482, IN THE NAME OF GEOLAM INC. DBA: MAIN EXPRESS FOOD MART, IN THE AMOUNT OF $10,223.38;

> (2)  ACCOUNT CONTENTS OF PNC BANK, ACCT#******0212, IN THE NAME OF GEOLAM INC. DBA: MAIN EXPRESS FOOD MART, MANAGER ACCT, IN THE AMOUNT OF $1,622.55;

> (3) ACCOUNT CONTENTS OF PNC BANK, ACCT#******0204, IN THE NAME OF GEOLAM INC. DBA: MAIN EXPRESS FOOD MART, IN THE: AMOUNT OF $1,316.91;

    (4) ACCOUNT CONTENTS OF PNC BANK, ACCT#******2997, IN THE NAME OF LAMA DAOUD, IN THE AMOUNT OF $1,268.44;

    (5) $2,661.00 U.S. CURRENCY;

    (6) $207.00 U.S. CURRENCY;

    (7) $182.00 U.S. CURRENCY; and

    (9) MISCELLANEOUS JEWELRY

  are hereby forfeited to the United States pursuant to 7 U.S.C. §2024(e); 18 U.S.C. §981(a)(1)(A) and (C); and 18 U.S.C. §1029(c)(1)(C).

2. All right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

3. Any and all claims which Potential Claimants, GEORGE DAOUD and LAMA DAOUD, may have against the Plaintiff, its agencies, and/or employees as well as local law enforcement agencies and their employees, arising out of the facts giving rise to this forfeiture action are hereby RELEASED.

4. The parties shall bear their own costs, including any possible attorneys' fees, court costs, or other expenses of litigation.

5. The Court will retain jurisdiction to enforce the terms of this Agreement.

6.	This case remains pending against the following Defendant:

    (8) 2002 LEXUS LX470, VIN: JTJHT00W523513550.

SO ORDERED:

    *s/THOMAS M. ROSE

    THOMAS M. ROSE
    UNITED STATES DISTRICT JUDGE

CARTER M. STEWART
United States Attorney

s/Pamela M. Stanek
Assistant U.S. Attorney
Attorney for Plaintiff