# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:12CV231 |
| Plaintiff, | : | JUDGE THOMAS M. ROSE |
| v. | : | |
| 1) ACCOUNT CONTENTS OF PNC BANK, ACCT#*****0482, N THE NAME OF GEOLAM INC. DBA: MAIN EXPRESS FOOD MART, IN THE AMOUNT OF $10,223.38, et al. | : | |
| Defendants. | : | |

## ORDER STRIKING CLAIM OF CLAIMANT KRYSTAL CAR COMPANY, INC. TO DEFENDANT (8) 2002 LEXUS

This matter is before the Court upon Plaintiff United States' Motion To Strike Claim of Krystal Car Company, Inc. filed on November 20, 2012. (Doc. 24.) The deadline to respond to said Motion has expired.

The Court hereby finds that Claimant, Krystal Car Company, Inc. has failed to file an Answer and failed to file its Claim by licensed counsel;

THEREFORE, it is HEREBY ORDERED THAT:

The Claim of Krystal Car Company, Inc. filed on August 20, 2012 (Doc. 14) is hereby stricken from the record.

SO ORDERED.

Date: December 18, 2012          **THOMAS M. ROSE**
                                                    _____
                                                    Judge Thomas M. Rose
                                                    United States District Court Judge