# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:12CV231 |
| Plaintiff, | : | JUDGE THOMAS M. ROSE |
| v. | : | |
| (1) ACCOUNT CONTENTS OF PNC BANK, ACCT#******0482, IN THE NAME OF GEOLAM INC. DBA: MAIN EXPRESS FOOD MART, IN THE AMOUNT OF $10,223.38, et al. | : : : | |
| Defendants. | : | |

## JUDGMENT AND DECREE OF FORFEITURE
## AGAINST DEFENDANT (8) 2002 LEXUS LX470

This is a civil forfeiture action filed on July 12, 2012, in which the United States seeks the forfeiture pursuant to 18 U.S.C. §982(a)(1), 18 U.S.C. §981(a)(1)(C) and 28 U.S.C. §2461(c) and/or 7 U.S.C. §2024(e) of Defendant (8) 2002 Lexus LX470, VIN: JTJHT00W523513550.

On February 21, 2013, a Motion for Judgment on the Pleadings and Decree of Forfeiture against Defendant (8) 2002 Lexus LX470 was filed by the United States. (Doc. 26.)

It appearing to the Court from the pleadings that the United States is entitled to Judgment on the Pleadings and a Decree of Forfeiture against Defendant (8) 2002 Lexus LX470, VIN: JTJHT00W523513550.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Defendant (8) 2002 Lexus LX470, VIN: JTJHT00W523513550 is hereby forfeited to the United States pursuant to 18 U.S.C. §982(a)(1), 18 U.S.C. §981(a)(1)(C) and 28 U.S.C. §2461(c) and/or 7 U.S.C. §2024(e);

2. The United States shall dispose of the Defendant in accordance with law; and

3. This case is terminated from the docket.

Date: February 25, 2013                              s/*Thomas M. Rose*

                                                     THOMAS M. ROSE
                                                     UNITED STATES DISTRICT COURT JUDGE